# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     212-465-1188
                     cklee@leelitigation.com

May 22, 2019

**VIA ECF**
The Honorable Gabriel W. Gorenstein, U.S.M.J
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

             Re:     *Sullivan, Jr. v. Doctor's Associates et al.*
                     Case No. 19-cv-00719-GHW-GWG

Dear Judge Gorenstein:

        We are counsel to Plaintiff in the above-referenced matter. We write to respectfully request that the Court provide an American Sign Language (ASL) interpreter for Plaintiff Phillip Sullivan, Jr. at the Settlement Conference scheduled on Monday, June 10, 2019, at 2:30 p.m. in Courtroom 6-B, 500 Pearl Street, New York, New York.

        The presence and assistance of an ASL interpreter at the Settlement Conference is essential to Plaintiff's full inclusion in, and understanding of, the events and discussions that will occur.

        We thank the Court for its consideration of the above.


Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF