USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PHILLIP SULLIVAN, JR.,                           :
                                                 :
                             Plaintiff,  :
                                                 :       1:19-cv-719-GHW
              -against-                         :
                                                 :       ORDER
GEETA FASTFOOD ENTERPRISE INC and                :
ABHIMANUE MANCHANDA,                             :
                                                 :
                        Defendants. :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      On May 8, 2020, the Court granted former Defendant Doctor's Associaiates LLC's motion to dismiss. Dkt No. 67. The Court granted Plaintiff leave to replead, but he has chosen not to do so. The remaining parties are directed to submit a joint letter and a proposed case management plan, which is available on the Court's website, with their proposals for how discovery should proceed in this case by September 14, 2020. The Court expects that it will lift the stay of discovery after it has received those materials from the parties.

      SO ORDERED.

Dated: September 2, 2020                           _____
                                                       GREGORY H. WOODS
                                                   United States District Judge