USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

PHILLIP SULLIVAN, JR.,                                    :
                                                          :
                                        Plaintiff,        :
                                                          :                    1:19-cv-00719-GHW
                        -against-                         :
                                                          :                    ORDER
DOCTOR'S ASSOCIATES LLC et al.,                           :
                                                          :
                                        Defendants.       :
-------------------------------------------------------------------:
                                                          X

GREGORY H. WOODS, United States District Judge:

In the Court's order dated September 2, 2020, Dkt. No. 68, the parties were directed to

submit a joint status letter and proposed case management plan to the Court no later than

September 14, 2020.  The Court has not received the joint letter or the proposed case

management plan.  The parties are directed to comply with the Court's order forthwith, and in

no event later than September 23, 2020.  Failure to comply may result in the imposition of

sanctions, including dismissal of the action.

        SO ORDERED.

Dated:  September 21, 2020                    _____
        New York, New York                          GREGORY H. WOODS
                                                 United States District Judge