# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:  (212) 465-1188
cklee@leelitigation.com

January 19, 2021

**Via ECF**
The Honorable Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re:  *Sullivan, Jr. v. Doctor's Associates LLC et al*
> Case No. 19-cv-00719

Dear Judge Woods:

     We are counsel to Plaintiff in the above-referenced matter. Having read Defendants' pre-motion letter of January 14, 2020 (Dkt. No. 73), we write to respectfully request that the Court refer the parties to the SDNY mediation program before requiring them to brief Defendants' anticipated motion to dismiss, as this could save the resources of both the parties and the Court.

     We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.